The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO RAMIREZ,<br><br>Defendant. | NO. CR15-025RSM<br><br>**ORDER CONTINUING TRIAL DATE AND DEADLINE TO FILE PRETRIAL MOTIONS** |

THE COURT, having considered the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions, any responses, filings, or memoranda related thereto, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

Order re: *Stipulated* Motion for Continuance/*Ramirez*. - 1
No. CR15-025RSM

4.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

5.  All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6.  The period of time from the filing date of the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1.  The trial date in this matter is continued to July 13, 2015.

2.  Pre-trial motions are due no later than May 13, 2015.

3.  The defendant shall immediately file with the Court a waiver of his rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial date, consistent with this Order.

DONE this 9 day of March 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

*s/ Mark Kaiman (by email auth.)*
MARK KAIMAN
Attorney for Defendant

Order re: *Stipulated* Motion for Continuance/*Ramirez.* - 2
No. CR15-025RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970