The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FERNANDO RAMIREZ,<br><br>        Defendant. | NO. CR15-025RSM<br><br>**AMENDED ORDER CONTINUING TRIAL DATE AND DEADLINE TO FILE PRETRIAL MOTIONS** |

      THE COURT, having considered the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions, any responses, filings, or memoranda related thereto, and all the files and records herein, finds as follows:

      1.    The facts and circumstances are as set forth in the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions;

      2.    Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

      3.    Failure to grant a continuance would likely result in a miscarriage of justice;

Order re: *Stipulated* Motion for Continuance/*Ramirez*. - 1
No. CR15-025RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    4.	The ends of justice served by granting this continuance outweigh the best
2 interest of the public and the defendants in a speedy trial;
3    5.	All these findings are made within the meaning of 18 U.S.C.
4 § 3161(h)(7)(A) and (B)(i),(ii) and (iv);
5    6.	The period of time from the filing date of the *Stipulated* Motion to
6 Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set
7 forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C.
8 § 3161(h)(7)(A).
9    IT IS THEREFORE ORDERED that:
10    1.	The trial date in this matter is continued to July 20, 2015.
11    2.	Pre-trial motions are due no later than May 20, 2015.
12    3.	The defendant shall immediately file with the Court a waiver of his rights
13 under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial
14 date, consistent with this Order.
15    DONE this 10 day of March 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

*s/ Mark Kaiman (by email auth.)*
MARK KAIMAN
Attorney for Defendant

Order re: *Stipulated* Motion for Continuance/*Ramirez.* - 2
No. CR15-025RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970